# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Griesa, Thomas P. | U.S. District Court, Southern District of New York | 05/15/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge (senior status) | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final | 01/01/2016 to 12/31/2016 |
| | 5b. ☐ Amended Report | |

**7. Chambers or Office Address**

United States District Court
Southern District of New York
500 Pearl Street, Room 1630
New York, NY 10007

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Asset Trust #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Griesa, Thomas P. | 05/15/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griesa, Thomas P. | 05/15/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griesa, Thomas P. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank (Checking Account) | A | Interest | N | T | | | | | |
| 2. AT&T (T) | C | Dividend | L | T | | | | | |
| 3. Alcatel-Lucent (ALU) | | None | | | Sold | 06/02/16 | J | | |
| 4. Ameren (AEE) | B | Dividend | L | T | | | | | |
| 5. Comcast (CMCSA) | A | Dividend | J | T | | | | | |
| 6. Exelon (EXC) | B | Dividend | K | T | | | | | |
| 7. Great Plains Energy (GXP) | B | Dividend | K | T | | | | | |
| 8. Southern Co. (SO) | D | Dividend | M | T | | | | | |
| 9. Western Asset NY Municipals | E | Dividend | | | Sold | 10/18/16 | O | | |
| 10. IRA for T.P. Griesa: Bond Fund of America | A | Interest | L | T | | | | | |
| 11. NEW YORK NY SUBSER I-1 (CUSIP 64966G-S4-5) | B | Interest | K | T | | | | | |
| 12. NEW YORK NY SUBSER H-1 (CUSIP 64966H-GW-4) | B | Interest | K | T | | | | | |
| 13. NEW YORK ST DORM AUTH ST PERS INCOME (CUSIP 649902-LM-3) | A | Interest | K | T | | | | | |
| 14. NEW YORK STTWY AUTH GEN REV SER H FSA-CR (CUSIP 650009-WE-9) | B | Interest | K | T | | | | | |
| 15. NEW YORK NY CITY MUN WTR FIN AUTH WTR (CUSIP 64972F-XL-5) | B | Interest | K | T | | | | | |
| 16. NEW YORK NY CITY TRANSITIONAL FIN (CUSIP 64971Q-CU-5) | B | Interest | K | T | | | | | |
| 17. NEW YORK ST TWY AUTH ST PERS INCOME TAX (CUSIP 650028-LC-5) | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griesa, Thomas P. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. NEW YORK NY SUBSER D-1-AMBAC TCRS-BNY (CUSIP 64966G-ZX-3) | B | Interest | K | T | | | | | |
| 19. INVESTORS QUALITY TAX EXEMPT TR (CUSIP 46172E-42-7) | E | Dividend | O | T | | | | | |
| 20. NEW YORK NY ETC FDG-SER B (64966HD31) | D | Interest | M | T | | | | | |
| 21. NEW YORK N Y PREREFUNDED-SER D (64966LJ36) | B | Interest | K | T | | | | | |
| 22. NEW YORK N Y ETC PREREFUNDED 2016 (64966MDX4) | A | Interest | J | T | | | | | |
| 23. NEW YORK N Y UNREFUNDED (64966LJ44) | A | Interest | K | T | | | | | |
| 24. NEW YORK ST URBAN DEV CORP REV (6500353A4) | B | Interest | K | T | | | | | |
| 25. NEW YORK ST ENVIRONMENTAL FACS (64985YGV6) | A | Interest | J | T | | | | | |
| 26. NEW YORK ST URBAN DEV CORP REV RFDG-ST (650035D88) | D | Interest | M | T | | | | | |
| 27. METROPOLITAN TRANSN AUTH N Y REV (59259YQX0) | C | Interest | M | T | | | | | |
| 28. NEW YORK ST ENVIRONMENTAL FACS (64985YHM5) | A | Interest | J | T | | | | | |
| 29. NEW YORK ST URBAN DEV CORP REV (6500353K2) | A | Interest | J | T | | | | | |
| 30. NEW YORK ST TWY AUTH ST PERS INCOME TAX (650028TC7) | D | Interest | M | T | | | | | |
| 31. NEW YORK N Y ETC UNREFUNDED (64966MAJ8) | B | Interest | K | T | | | | | |
| 32. FT UNIT 5045 MUN INCOME SELECT CLOSED SER 63 (30284W350) | D | Dividend | | | Matured | 09/15/16 | M | D | |
| 33. FT UNIT 5314 EUROPEAN DEEP VALUE (30285V799) | C | Dividend | | | Matured | 12/30/16 | M | E | |
| 34. FT UNIT 5448 INT RATE HEDGE PORT (30286E788) | D | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Griesa, Thomas P. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. FT UNIT 5641 U S REV PORTFOLIO SER 4 SEMI (30287C260) | B | Dividend | L | T | | | | | |
| 36. FT UNIT 5727 INTL CAP STRENGTH PORT (30287N266) | C | Dividend | M | T | | | | | |
| 37. FT UNIT 6249 MUN INCOME SELECT CLOSED (30300L230) | D | Dividend | M | T | | | | | |
| 38. PUTNAM U.S. GOVERNMENT INCOME (PGSIX) | E | Dividend | O | T | Buy | 10/18/16 | O | | |
| 39. Asset Trust #1 (H) | | | | | | | | | |
| 40. - AT&T Inc. | E | Dividend | O | T | Sold (part) | 01/13/16 | M | E | |
| 41. - WPX Energy Inc. | | None | K | T | | | | | |
| 42. - CSX Corp. | D | Dividend | N | T | | | | | |
| 43. - Comcast Corp. | D | Dividend | O | T | | | | | |
| 44. - Franklin Resources Inc. | D | Dividend | O | T | | | | | |
| 45. - Glatfelter P H Co. | B | Dividend | L | T | | | | | |
| 46. - Great Plains Energy Inc. | C | Dividend | M | T | | | | | |
| 47. - Hershey Co. | D | Dividend | N | T | | | | | |
| 48. - Host Hotels & Resorts Inc. | B | Dividend | K | T | | | | | |
| 49. - Kansas City Southern Inds | D | Dividend | O | T | | | | | |
| 50. - Kellogg Co. | D | Dividend | N | T | | | | | |
| 51. - Kimberly Clark Corp. | E | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griesa, Thomas P. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Monsanto Co. | D | Dividend | N | T | | | | | |
| 53. - Neenah Paper Inc. | C | Dividend | M | T | | | | | |
| 54. - News Corp. Class A | A | Dividend | K | T | | | | | |
| 55. - Principal Financial Group Inc. | C | Dividend | M | T | | | | | |
| 56. - Starwood Hotels & Resorts | C | Dividend | | | Merged (with line 88) | 09/23/16 | L | F | |
| 57. - Time Warner Inc. | C | Dividend | M | T | | | | | |
| 58. - Time Warner Cable | A | Dividend | | | Merged (with line 86) | 05/20/16 | L | E | |
| 59. - US Bancorp | D | Dividend | N | T | | | | | |
| 60. - Union Pacific Corp. | E | Dividend | O | T | Sold (part) | 01/13/16 | M | G | |
| 61. - Williams Cos Inc. | D | Dividend | N | T | | | | | |
| 62. - WEC Energy Group Inc. | E | Dividend | O | T | | | | | |
| 63. - Franklin Real Estate Securities | D | Dividend | O | T | Sold (part) | 01/13/16 | L | | |
| 64. - Vanguard Information Technology ETF | C | Dividend | N | T | | | | | |
| 65. - Twenty-First Century Fox Inc. | C | Dividend | M | T | | | | | |
| 66. - Time Inc. | A | Dividend | J | T | | | | | |
| 67. - Halyard Health Inc. | | None | K | T | | | | | |
| 68. - Centerpoint Energy Inc. | E | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griesa, Thomas P. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Microsoft Corp. | E | Dividend | O | T | | | | | |
| 70. - Mondelez Intl Inc. | D | Dividend | N | T | | | | | |
| 71. - Hewlett Packard | B | Dividend | | | Sold | 03/16/16 | M | | |
| 72. - Intel Corp. | D | Dividend | N | T | | | | | |
| 73. - American Funds EuroPacific Growth Fund | D | Dividend | O | T | | | | | |
| 74. - Templeton Developing Markets Fund | A | Dividend | L | T | | | | | |
| 75. - Columbia Marsico Fund | | None | | | Sold | 01/13/16 | N | | |
| 76. - Oppenheimer Developing Markets Fund | A | Dividend | M | T | | | | | |
| 77. - Verizon Communications Inc. | D | Dividend | N | T | | | | | |
| 78. - Thornburg International Value Fund | D | Dividend | O | T | | | | | |
| 79. - JP Morgan Chase & Co. | D | Dividend | M | T | | | | | |
| 80. - Kraft Heinz Co. | D | Dividend | M | T | | | | | |
| 81. - Johnson & Johnson | E | Dividend | O | T | | | | | |
| 82. - US Treasury Inflation Index Notes | C | Interest | N | T | | | | | |
| 83. - Citibank Bank Deposit Program | A | Interest | N | T | | | | | |
| 84. - SPDR Gold Trust | | None | M | T | | | | | |
| 85. - Pepco Holdings Inc. | | None | | | Sold | 03/28/16 | N | F | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griesa, Thomas P. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Charter Communications Inc. (spinoff from Line 58) | | None | L | T | | | | | |
| 87. - ILG Inc. | A | Dividend | K | T | | | | | |
| 88. - Marriott Intl Inc. (spinoff from Line 56) | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griesa, Thomas P. | 05/15/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The items listed on Lines 21-31, 33-37, 85 and 87 in Part VII of this report were acquired prior to the current reporting period and were inadvertently omitted from previous reports.

The items listed on Lines 10-14, 16, 21, 24, 31, 37, and 93 in Part VII of the amended 2015 report were disposed of prior to the current reporting period, and the transactions were inadvertently omitted from previous reports.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas P. Griesa**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544